# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Juan Archila**<br>DOB: 1982; Citizen of Honduras | DOCKET NO.<br>**VICTIM**<br><br>MAGISTRATE'S CASE NO.<br>12-02275M- |

Complaint for violation of Title 18 United States Code §§ 111(a)(1).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 1, 2012, at or near Amado, in the District of Arizona, defendant **Juan Archila**, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with U.S. Border Patrol Agent Matthew Outfleet, while Agent Outfleet was engaged in the performance of his official duties, that is, **Archila** struck Agent Outfleet in the mouth with a closed fist, and punched and kicked him multiple times striking him in the head, arms and leg, an act that involved physical contact, in violation of Title 18, United States Code, Section 111(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about August 1, 2012, Border Patrol Agents responded to sensor activation north of Coyote Wall, near Amado. Agents made contact with individuals hiding in the brush. Agent Outfleet continued to search the immediate area for any other individuals and observed an individual later identified as the defendant, **Juan Archila**, hiding in the brush. Agent Outfleet identified himself and the defendant attempted to flee. A struggle ensued, and the defendant struck Agent Outfleet in the mouth with a closed fist. The defendant attempted to flee again and there was a brief foot chase. Agent Outfleet attempted to apprehend the defendant, and the defendant punched and kicked Agent Outfleet numerous times. The defendant was eventually apprehended with the assistance of another agent. Agent Outfleet sustained numerous injuries including a split and bloodied bottom lip, multiple abrasions to his face and head, bruises on his left and right arms, and numerous abrasions on his left leg.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA Kimberly E. Hopkins<br>Sworn to before me and subscribed in my presence. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>U.S. Border Patrol Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 3, 2012 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54